1  J. Russell Stedman (117130)
   rstedman@bargerwolen.com
2  Brendan V. Mullan (267613)
   bmulan@bargerwolen.com
3  BARGER & WOLEN LLP
   650 California Street, 9th Floor
4  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
5  Facsimile: (415) 434-2533

6  Attorneys for Defendant
   UNITED OF OMAHA LIFE
7  INSURANCE COMPANY

8
   Charles B. Perkins (126942)
9  cbperk@earthlink.net
   FLYNN, ROSE & PERKINS
10 59 North Santa Cruz Avenue, Suite Q
   Los Gatos, CA 95030
11 Telephone: (408) 399-4566

12 Attorneys for Plaintiff
   MARGARET ALEXANDER
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARGARET ALEXANDER, | CASE NO.: CV 12-05394 LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | **Judge: Hon. Lucy H. Koh** |
| Defendants. | Complaint Filed: October 18, 2012 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION EXTENDING MEDIATION DEADLINE
CASE NO. CV 12-05394 LHK

# STIPULATION

Plaintiff Margaret Alexander and Defendant United of Omaha Life Insurance Company stipulate as follows:

WHEREAS, on October 18, 2012, Plaintiff filed a complaint against Defendant in the United States District Court for the Northern District of California;

WHEREAS, the parties attended a joint case management conference on March 20, 2013;

WHEREAS, the parties informed the Court at that conference that they had scheduled a private mediation for May 7, 2013 with mediator Michael J. Loeb, Esq. of JAMS;

WHEREAS, the Court's Case Management Order requires that the parties complete mediation by May 28, 2013;

WHEREAS, the mediator, Mr. Loeb, has developed a conflict and become unavailable on May 7, 2013;

WHEREAS, the parties have rescheduled the mediation for the first possible date Mr. Loeb, the parties and counsel are available, June 18, 2013;

WHEREAS, the parties agree to extend the time to complete mediation up to and including June 18, 2013;

WHEREAS the extension of time to complete mediation will not alter the date of any event or any other deadline already fixed by Court order or otherwise create delay in this action;

IT IS STIPULATED that the time to complete mediation is extended up to an including June 18, 2013.

Dated: April 18, 2013                    FLYNN, ROSE & PERKINS

                                         By:  /s/ Charles B. Perkins

                                         Charles B. Perkins
                                         Attorney for Plaintiff
                                         MARGARET ALEXANDER

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION EXTENDING MEDIATION DEADLINE
CASE NO. CV 12-05394 LHK

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

| | |
|---|---|
| Dated: April 18, 2013 | BARGER & WOLEN LLP |
| | By: /s/ J. RUSSELL STEDMAN |
| | J. Russell Stedman |
| | Brendan V. Mullan |
| | Attorneys for Defendant |
| | UNITED OF OMAHA LIFE INSURANCE COMPANY |

* * * * *

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED THAT THE TIME TO COMPLETE MEDIATION IS EXTENDED UP TO AND INCLUDING JUNE 18, 2013.

DATED: April 22, 2013   _____
The Honorable Lucy H. Koh
United States District Judge

-3-
STIPULATION EXTENDING MEDIATION DEADLINE
CASE NO. CV 12-05394 LHK