1  J. Russell Stedman (117130)
   rstedman@bargerwolen.com
2  Brendan V. Mullan (26713)
   bmulan@bargerwolen.com
3  BARGER & WOLEN LLP
   650 California Street, 9th Floor
4  San Francisco, California  94108-2713
   Telephone:  (415) 434-2800
5  Facsimile:   (415) 434-2533

6  Attorneys for Defendant
   UNITED OF OMAHA LIFE
7  INSURANCE COMPANY

8  Charles B. Perkins (126942)
   cbperk@earthlink.net
9  FLYNN, ROSE & PERKINS
   59 North Santa Cruz Avenue, Suite Q
10 Los Gatos, CA  95030
   Telephone: (408) 399-4566
11
   Attorneys for Plaintiff
12 MARGARET ALEXANDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARGARET ALEXANDER, | CASE NO.:  CV 12-05394 LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | F.R.C.P. 41(a)(1)(A)(ii) |
| Defendants. | |
| | Complaint Filed: October 18, 2012 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION OF DISMISSAL
CASE NO. CV 12-05394 LHK

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that the above-captioned action be dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Dated: July 1, 2013                    FLYNN, ROSE & PERKINS

                                       By:    /s/ Charles B. Perkins
                                              CHARLES B. PERKINS
                                              Attorneys for Plaintiff
                                              MARGARET ALEXANDER

Dated: July 1, 2013                    BARGER & WOLEN LLP

                                       By:    /s/ J. Russell Stedman
                                              J. RUSSELL STEDMAN
                                              BRENDAN V. MULLAN
                                              Attorneys for Defendants UNITED OF
                                              OMAHA LIFE INSURANCE
                                              COMPANY

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT THE ENTIRE CASE IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS.

DATED: _____                 _____
                                       The Honorable Lucy H. Koh
                                       United States District Judge

FILER'S ATTESTATION

I, J. Russell Stedman, am the ECF user whose ID and password are being used to file this Stipulation of Dismissal of Entire Action with Prejudice. In compliance with General Order 45, X.B, I hereby attest that the other attorney listed as a signatory above has concurred in this filing.

Date: July 1, 2013                              /s/ J. Russell Stedman

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800