1  J. Russell Stedman (117130)
   rstedman@bargerwolen.com
2  Brendan V. Mullan (26713)
   bmulan@bargerwolen.com
3  BARGER & WOLEN LLP
   650 California Street, 9th Floor
4  San Francisco, California  94108-2713
   Telephone:   (415) 434-2800
5  Facsimile:    (415) 434-2533

6  Attorneys for Defendant
   UNITED OF OMAHA LIFE
7  INSURANCE COMPANY

8  Charles B. Perkins (126942)
   cbperk@earthlink.net
9  FLYNN, ROSE & PERKINS
   59 North Santa Cruz Avenue, Suite Q
10 Los Gatos, CA  95030
   Telephone: (408) 399-4566

11
   Attorneys for Plaintiff
12 MARGARET ALEXANDER

13

14

15                     **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN JOSE DIVISION**

18

19 MARGARET ALEXANDER,                )  CASE NO.:  CV 12-05394 LHK
                                      )
20          Plaintiff,                )  **STIPULATION AND** ~~**[PROPOSED]**~~
                                      )  **ORDER OF DISMISSAL OF ENTIRE**
21      vs.                           )  **ACTION WITH PREJUDICE**
                                      )
22 UNITED OF OMAHA LIFE INSURANCE     )  F.R.C.P. 41(a)(1)(A)(ii)
   COMPANY,                           )
23                                    )
          Defendants.                 )
24                                    )
                                      )  Complaint Filed:  October 18, 2012
25                                    )
                                      )
26 _____ )

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

STIPULATION OF DISMISSAL
CASE NO. CV 12-05394 LHK

1    IT IS HEREBY STIPULATED by and between the parties through their respective

2    attorneys of record that the above-captioned action be dismissed with prejudice in its entirety

3    pursuant to FRCP 41(a)(1)(A)(ii).  Each party to bear its own fees and costs.

4

5    Dated:  July 1, 2013                    FLYNN, ROSE & PERKINS

6
                                            By:        /s/ Charles B. Perkins
7                                                CHARLES B. PERKINS
                                                 Attorneys for Plaintiff
8                                                MARGARET ALEXANDER

9    Dated:  July 1, 2013                    BARGER & WOLEN LLP

10
                                            By:        /s/ J. Russell Stedman
11                                               J. RUSSELL STEDMAN
                                                 BRENDAN V. MULLAN
12                                               Attorneys for Defendants UNITED OF
                                                 OMAHA LIFE INSURANCE
13                                               COMPANY

14
             PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS
15
     ORDERED THAT THE ENTIRE CASE IS DISMISSED WITH PREJUDICE, EACH PARTY TO
16
     BEAR ITS OWN COSTS.
17

18
     DATED: July 2, 2013                    _Lucy H. Koh_____
19                                          The Honorable Lucy H. Koh
                                            United States District Judge
20

21

22                          FILER'S ATTESTATION

23       I, J. Russell Stedman, am the ECF user whose ID and password are being used to file this

24   Stipulation of Dismissal of Entire Action with Prejudice.  In compliance with General Order 45,

25   X.B, I hereby attest that the other attorney listed as a signatory above has concurred in this filing.

26

27   Date: July 1, 2013                     _____/s/ J. Russell Stedman_____

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

-2-
STIPULATION OF DISMISSAL
CASE NO. CV 12-05394 LHK