J. Russell Stedman (117130)
rstedman@bargerwolen.com
Brendan V. Mullan (26713)
bmulan@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:   (415) 434-2800
Facsimile:    (415) 434-2533

Attorneys for Defendant
UNITED OF OMAHA LIFE
INSURANCE COMPANY

Charles B. Perkins (126942)
cbperk@earthlink.net
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA  95030
Telephone: (408) 399-4566

Attorneys for Plaintiff
MARGARET ALEXANDER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARGARET ALEXANDER, | CASE NO.:  CV 12-05394 LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | F.R.C.P. 41(a)(1)(A)(ii) |
| Defendants. | |
| | Complaint Filed:  October 18, 2012 |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that the above-captioned action be dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Dated: July 1, 2013  FLYNN, ROSE & PERKINS

By: _____/s/ Charles B. Perkins_____
CHARLES B. PERKINS
Attorneys for Plaintiff
MARGARET ALEXANDER

Dated: July 1, 2013  BARGER & WOLEN LLP

By: _____/s/ J. Russell Stedman_____
J. RUSSELL STEDMAN
BRENDAN V. MULLAN
Attorneys for Defendants UNITED OF OMAHA LIFE INSURANCE COMPANY

PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT THE ENTIRE CASE IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN COSTS.

DATED: July 2, 2013  _____/s/ Lucy H. Koh_____
The Honorable Lucy H. Koh
United States District Judge

FILER'S ATTESTATION

I, J. Russell Stedman, am the ECF user whose ID and password are being used to file this Stipulation of Dismissal of Entire Action with Prejudice. In compliance with General Order 45, X.B, I hereby attest that the other attorney listed as a signatory above has concurred in this filing.

Date: July 1, 2013  _____/s/ J. Russell Stedman_____

-2-
STIPULATION OF DISMISSAL
CASE NO. CV 12-05394 LHK

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800